79 So.3d 76 (2011)
Anthony COELLO, Appellant,
v.
DEPARTMENT OF BUSINESS & PROFESSIONAL REGULATION, Appellee.
No. 3D11-69.
District Court of Appeal of Florida, Third District.
December 21, 2011.
Rehearing Denied February 15, 2012.
Robert Finlay, for appellant.
Garnett Chisenhall, Tallahassee, for appellee.
Before WELLS, C.J., and CORTINAS and SALTER, JJ.
*77 PER CURIAM.
Affirmed. See Applegate v. Barnett Bank of Tallahassee, 377 So.2d 1150, 1152 (Fla.1979).